1  OLIVIA GARCIA
   ROBERT J. BUFFIN
2  DAVID B. REEVES
   National Labor Relations Board
3  Region 20
   901 Market Street, Suite 400
4  San Francisco, California 94103
   Telephone: (415) 356-5146/356-5130
5  Facsimile: (415) 356-5156

6  Attorneys for Applicant

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9

10 NATIONAL LABOR RELATIONS BOARD, )
                                  )
11              Applicant         )
                                  )
12         v.                     )   Civil No.C-06-2969-MHP
                                  )
13 INTERNATIONAL ALLIANCE OF      )   STIPULATION RE HEARING ON
   THEATRICAL AND STAGE EMPLOYEES,)   APPLICATION FOR ORDER REQUIRING
14 LOCAL 16,                      )   OBEDIENCE TO SUBPOENA DUCES
                                  )   TECUM
15              Respondent        )
                                  )
16

17      The undersigned parties do hereby stipulate that the Application for Order Requiring

18 Obedience to Subpoena Duces Tecum, filed by Applicant National Labor Relations Board, shall

19 be heard by the Honorable Marilyn H. Patel, United States District Judge, at 2:00 p.m. or as soon

20 thereafter as counsel can be heard, at the United States Court House at 450 Golden Gate Avenue,

21 San Francisco, California, on June 5, 2006. Respondent's brief in opposition to said Application

22 shall be filed no later than 12:00 noon on May 30, 2006; Applicant's reply brief, if any, shall be

23 filed no later than June 1, 2006.

24      Dated: May 18, 2006                 NATIONAL LABOR RELATIONS BOARD

25
                                            /s/ David B. Reeves_____
26                                          David B. Reeves, Esq.
                                            Counsel for Applicant
27                                          National Labor Relations Board

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


____/s/ William A. Sokol_____
William A. Sokol, Esq.
Attorneys for Respondent
INTERNATIONAL ALLIANCE OF
THEATRICAL AND STAGE EMPLOYEES,
LOCAL 16

IT IS SO ORDERED:


Dated: May 19, 2006



MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE