OLIVIA GARCIA
ROBERT J. BUFFIN
DAVID B. REEVES
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5146/356-5130
Facsimile: (415) 356-5156

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>              Applicant<br><br>      v.<br><br>INTERNATIONAL ALLIANCE OF THEATRICAL AND STAGE EMPLOYEES, LOCAL 16,<br><br>              Respondent | Civil No.C-06-2969-MHP<br><br>STIPULATION OF PARTIAL DISMISSAL OF APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENA DUCES TECUM |

The undersigned parties do hereby stipulate that the Application for Order Requiring Obedience to Subpoena Duces Tecum, filed by Applicant National Labor Relations Board, shall be dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with respect to paragraphs 1 through 6 of the Subpoena Duces Tecum, attached as Exhibit 4 to the Application for Order Requiring Obedience to Subpoena Duces Tecum herein.  Paragraphs 7 through 9 of the Application are not being dismissed pursuant to this Stipulation.

      Dated:  May 31, 2006                NATIONAL LABOR RELATIONS BOARD


                                            /s/ David B. Reeves_____
                                            David B. Reeves, Esq.
                                            Counsel for Applicant
                                            National Labor Relations Board


                                            WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation

       /s/ William A. Sokol
William A. Sokol, Esq.
Attorneys for Respondent
INTERNATIONAL ALLIANCE OF
THEATRICAL AND STAGE EMPLOYEES,
LOCAL 16

IT IS SO ORDERED:

Dated: May 31, 2006



Judge Marilyn H. Patel

Stipulation of Partial Dismissal