OLIVIA GARCIA
ROBERT J. BUFFIN
DAVID B. REEVES
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5146/356-5130
Facsimile: (415) 356-5156

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,  )<br>  )<br>               Applicant    )<br>  )<br>          v.              )<br>  )<br>INTERNATIONAL ALLIANCE OF    )<br>THEATRICAL AND STAGE EMPLOYEES, )<br>LOCAL 16,      )<br>              Respondent  )<br>_____) | Civil No.C-06-2969-MHP<br><br>STIPULATION OF DISMISSAL OF APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENA DUCES TECUM |

    The undersigned parties do hereby stipulate that the Application for Order Requiring Obedience to Subpoena Duces Tecum, filed by Applicant National Labor Relations Board, shall be dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party is to bear its own costs.

Dated: June 2, 2006            NATIONAL LABOR RELATIONS BOARD


                                      /s/ David B. Reeves_____
                                    David B. Reeves, Esq.
                                    Counsel for Applicant
                                    National Labor Relations Board


                                    WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation

\_\_\_\_/s/ William A. Sokol_____
William A. Sokol, Esq.
Attorneys for Respondent
INTERNATIONAL ALLIANCE OF
THEATRICAL AND STAGE EMPLOYEES,
LOCAL 16

IT IS SO ORDERED:

Dated: June 5, 2006



MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE